# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER BABEU, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 21-CV-11967-AK |

## ORDER OF DISMISSAL

**A. KELLEY, D.J.**

In accordance with the Court's Memorandum and Order dated August 22, 2022 (Dkt. No. 30), it is hereby ORDERED, that the above-entitled action be DISMISSED.


Dated: August 22, 2022

By the Court:

/s/ Miguel A. Lara
Deputy Clerk